

| | | | |
|---|---|---|---|
| Com. v. Redman .................... | 930 MDA 2014<br>Affirmed | 06/10/2016 | CP–08–CR–0000580–2012<br>(Bradford) |
| Com. v. Hixon ...................... | 29 MDA 2015<br>Affirmed | 06/10/2016 | CP–50–CR–0000410–2012<br>(Perry) |
| Hagemeyer v. Timian Enterprises, Inc. | 1457 MDA 2015<br>Quashed | 06/10/2016 | 2011–CV–1871<br>Columbia |
| Com. v. Brothers ................... | 1460 MDA 2015<br>Affirmed | 06/10/2016 | CP–35–CR–0001244–2014<br>(Lackawanna) |
| Com. v. Higgins .................... | 1531 MDA 2015<br>Affirmed | 06/10/2016 | CP–22–CR–0000201–2011<br>(Dauphin) |
| K–Wood, LLC v. Basile .............. | 1567 MDA 2015<br>Affirmed | 06/10/2016 | 11–6639<br>(Berks) |
| Trust Estb. Under Will of Graybill ...... | 1656 MDA 2015<br>Affirmed | 06/10/2016 | 34–00–0077<br>(Juniata) |
| Armolt v. Kerestes .................. | 2013 MDA 2015<br>Affirmed | 06/10/2016 | CP–54–MD–0001369–2015<br>(Schuylkill) |
| Com. v. Lee ....................... | 500 WDA 2015<br>Vacated and<br>Remanded | 06/10/2016 | CP–63–CR–0002407–2000<br>(Washington) |
| Com. v. Shaffer .................... | 1517 WDA 2015<br>Affirmed | 06/10/2016 | CP–25–CR–0002760–2014<br>(Erie) |
| Adoption of H.O. and L.D.; Appeal of J.O. ............................. | 27 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/10/2016 | No. 65A, 65 in Adoption 2015.<br>(Erie) |
| Com. v. Hudenll–Triggs .............. | 3610 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/13/2016 | CP–23–CR–0004691–2015<br>(Delaware) |
| Com. v. Colon ..................... | 3756 EDA 2015<br>Affirmed | 06/13/2016 | CP–23–CR–0000850–2013<br>(Delaware) |
| Com. v. Parnell .................... | 3779 EDA 2015<br>Affirmed | 06/13/2016 | CP–15–CR–0004554–2001<br>(Chester) |
| Com. v. Williams ................... | 3821 EDA 2015<br>Affirmed | 06/13/2016 | CP–15–CR–0001254–2014<br>(Chester) |
| Com. v. Powell ..................... | 208 EDA 2016<br>Affirmed | 06/13/2016 | CP–46–CR–0007621–2009<br>(Montgomery) |